```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOSEPH DUCZKOWSKI and PENELOPE DUCZKOWSKI,<br>    Plaintiffs,<br>     v.<br><br>HYUNDAI AMERICA SHIPPING AGENCY, INC. and DARIA SHIPPING LIMITED, et al.,<br>    Defendants. | CIVIL NO. 08-2897(NLH)(KMW)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 20th day of December, 2010

ORDERED that Hyundai America Shipping Agency, Inc.'s motion for summary judgment [29] is GRANTED as to plaintiffs' claims against it and as to Daria Shipping Limited's cross-claim for contribution, and it is DENIED WITHOUT PREJUDICE as to Daria's cross-claim for indemnification.

                                    s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.